**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA BABAIAN, an individual; SARGHIK BABAIAN, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV13-00920 PA (DTBx) <br> Hon. Percy Anderson <br><br> **ORDER RE DISMISSAL WITH PREJUDICE** <br><br> Action Filed: December 31, 2012 <br> Action Removed: February 8, 2013 <br> Trial Date: December 17, 2013 |

Pursuant to the Stipulation Re Dismissal with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1.      This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2.      Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 10, 2013

_____
Hon. Percy Anderson

-1-
[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE