**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA BABAIAN, an individual; SARGHIK BABAIAN, an individual; ) ) ) ) Plaintiffs, ) ) ) vs. ) ) ) ) TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation; and DOES 1-10, inclusive, ) ) ) ) ) ) Defendants. ) | Case No. CV13-00920 PA (DTBx) Hon. Percy Anderson **ORDER RE DISMISSAL WITH PREJUDICE** Action Filed: December 31, 2012 Action Removed: February 8, 2013 Trial Date: December 17, 2013 |

Pursuant to the Stipulation Re Dismissal with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1.     This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2.     Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  September 10, 2013

_____
Hon. Percy Anderson

-1-

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE